# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
v.
**Eliud Rodriguez-Garcia**   PRINCIPAL
YOB: 1968
United States

## CRIMINAL COMPLAINT

Case Number:

M-18-2329-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 7, 2018** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Salvador Ramos-Reyes, citizen and national of Mexico, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   FELONY

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On November 7, 2018, Border Patrol Agents were conducting surveillance by the Rio Grande River near Midway road in Rio Grande City, Texas. This area is highly notorious for alien and narcotic smuggling. An agent observed scouting activity by three subjects. A few minutes later, a Gator/ATV, with only the driver, headed towards the river. The agent then observed the Gator/ATV returning from the river with five (5) subjects. The agent informed additional agents in the area of the activity.

The agent heard the Gator/ATV stop at a residence and minutes later also heard a vehicle start. Camera Operator assisted and observed a truck leave the residence and travel north on Midway Road. Agents in marked units responded, encountered the truck, and conducted a vehicle stop.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by Daniel A. Lindenmuth 11/8/18

Signature of Complainant

Sworn to before me and subscribed in my presence,

**November 8, 2018**  2:55 p.m.
Date

at **McAllen, Texas**
City and State

**Nicolas Cantu, Jr.**   Senior Patrol Agent
Printed Name of Complainant

**Juan F. Alanis**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18- 2329 -M

**RE:** Eliud Rodriguez-Garcia

**CONTINUATION:**

The driver, identified as Eliud Rodriguez-Garcia, stated he was a Naturalized United States Citizen. The passenger, Salvador Ramos-Reyes, admitted to illegally entering the United States. Ramos told agents he was smuggled into the United States and was smuggled north from the river on an ATV.

Both Rodriguez and Ramos were taken into custody and transported to the Rio Grande City, Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Eliud Rodriguez-Garcia was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Rodriguez stated that he was at home when he received a phone call from a friend asking him for a ride. Rodriguez stated that he has given many rides to friends in the past simply as favors. Rodriguez claimed that he was to pick up this friend at the residence of another friend and was to take him to see his wife at the hospital. Rodriguez admitted to having been previously arrested for conspiracy of Marijuana.

**MATERIAL WITNESS STATEMENT:**
Salvador Ramos-Reyes was read his Miranda rights. He understood and agreed to provide a sworn statement.

Ramos, a citizen of Mexico, stated a friend made his smuggling arrangements but doesn't know how much was to be paid. After crossing the river, along with two other subjects, Ramos claimed he was picked up by an all-terrain vehicle and taken to a nearby house. According to Ramos, the driver of the all-terrain vehicle informed him that he was to be transported in a black truck that would be waiting at the house. Once at the house, Ramos stated the driver of the black truck was there for him. After boarding the truck, they departed the area and Ramos claims that he was going to be dropped off at a grocery store in Mission, Texas.

Ramos identified Rodriguez, through a photo lineup, as the driver of the truck.